**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                              CASE NO: 8:10-CR-545-T-30TGW

APOLINAR DE LA CRUZ YESQUEN,

    Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Recognize Assistance Pursuant to Rule 5K1.1 (Dkt. #133) and the Government's Response (Dkt. #135) thereto. Upon review and consideration, the Court determines that Defendant received credit for his assistance at the time of sentencing. He received a sentence below the minimum mandatory sentence of ten years. It is in the Government's discretion to seek a further reduction upon additional assistance. It has not done so. And Defendant has not shown that he performed any additional assistance.

It is therefore ORDERED AND ADJUDGED that Defendant's Motion to Recognize Assistance Pursuant to Rule 5K1.1 (Dkt. #133) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on September 13, 2012.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cr-545.deny 135.wpd